# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-00310-JLK

WAGNER EQUIPMENT CO., a Colorado corporation,

    Plaintiff,

v.

NORTHERN NATURAL GAS COMPANY, a Delaware corporation,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of these related cases, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion To Dismiss Pursuant To FED. R. CIV. P. 12(b)(6)-(7) (ECF NO. 9) of Judge John L. Kane, entered on June 11, 2024, it is

ORDERED that Defendant Northern Natural Gas Company's Motion To Dismiss Pursuant To Fed. R. CIV. P. 12(b)(6)-(7) [Filed 3/17/23; ECF No. 9] is GRANTED.   It is

FURTHER ORDERED that judgment shall enter in favor of the Defendant, NORTHERN NATURAL GAS COMPANY, a Delaware corporation, and against the Plaintiff, WAGNER EQUIPMENT CO, a Colorado corporation.   It is

FURTHER ORDERED that complaint in this case is DISMISSED.   It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 11th day of June, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  *B. Abiakam*

Deputy Clerk